1  Anthony S. Petru, Esq., State Bar No. 91399
   Quynh L. Nguyen, Esq., State Bar No. 139628
2  HILDEBRAND, McLEOD & NELSON, INC.
   350 Frank H. Ogawa Plaza, Fourth Floor
3  Oakland, CA 94612-2006
   TEL: (510) 451-6732
4  FAX: (510) 465-7023

5  Attorneys for Plaintiff
   EDDIE SHANE JOHNSON
6
   John D. Feeney, Esq.
7  UNION PACIFIC LAW DEPARTMENT
   49 Stevenson Street, Suite 1050
8  San Francisco, CA 94105
   TEL: (415) 541-7012
9  FAX: (415) 541-7017

10 Attorneys for DEFENDANT
   UNION PACIFIC RAILROAD COMPANY
11
   Gregory C. Simonian, Esq.
12 CLAPP, MORONEY, BELLAGAMBA and
   VUCINICH
13 15 Southgate Avenue, Suite 200
   Daly City, CA 94015
14 TEL: (650) 758-1199
   FAX: (650) 758-2299
15
   Attorneys for DEFENDANT
16 GRANITE ROCK COMPANY

17

18

19                  UNITED STATES DISTRICT COURT

20              NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE

21                                                   *E-FILED - 8/4/05*

22 EDDIE SHANE JOHNSON,           )   CASE NO. C03 04574 RMW
                                  )
23          Plaintiff,            )   STIPULATION AND ORDER FOR
                                  )   DISMISSAL WITH PREJUDICE
24 vs.                            )
                                  )
25 UNION PACIFIC RAILROAD         )
   COMPANY, a corporation; GRANITE)
26 ROCK COMPANY, a corporation,   )
                                  )
27          Defendants.           )
                                  )
28

                                   1
                                          Stipulation and Order for Dismissal

06/29/2005  08:59   4155417017                    UPRR                                PAGE  03
06/24/2005  14:24   15104657023                    HILDEBRAND LAW                      PAGE  03

IT IS HEREBY STIPULATED by and between the parties acting through their respective counsel, that the above-entitled action be dismissed with prejudice and that each party shall bear his or its own costs and attorneys' fees.

DATED: June 16, 2004

HILDEBRAND, McLEOD & NELSON, INC.

By: _____
ANTHONY S. PETRU, ESQ.
Attorneys for Plaintiff
EDDIE SHANE JOHNSON

DATED: June 28, 2004

UNION PACIFIC LAW DEPARTMENT

By: _____
JOHN D. FEENEY, ESQ.
Attorneys for Defendant
UNION PACIFIC RAILROAD COMPANY

DATED: June _____, 2005

CLAPP, MORONEY, BELLAGAMBA AND VUCINICH.

By: _____
GREGORY C. SIMONIAN, ESQ.
Attorneys for Defendant
GRANITE ROCK COMPANY

## ORDER

The Court having reviewed the Stipulation for Dismissal With Prejudice and having been fully advised of the premises, and good cause appearing therefor,

IT IS HEREBY ORDERED that the Complaint in the above-entitled action be, and same hereby is, dismissed with prejudice.

DATED: August 4, 2005

/s/ Ronald M. Whyte
_____
JUDGE OF THE UNITED STATES DISTRICT COURT

2                                                    Stipulation and Order for Dismissal

**IT IS HEREBY STIPULATED** by and between the parties acting through their respective counsel, that the above-entitled action be dismissed with prejudice and that each party shall bear his or its own costs and attorneys' fees.

DATED: June __16__, 2004          HILDEBRAND, McLEOD & NELSON, INC.

                                  By: _____
                                       ANTHONY S. PETRU, ESQ.
                                       Attorneys for Plaintiff
                                       EDDIE SHANE JOHNSON

DATED: June _____, 2004          UNION PACIFIC LAW DEPARTMENT

                                  By: _____
                                       JOHN D. FEENEY, ESQ.
                                       Attorneys for Defendant
                                       UNION PACIFIC RAILROAD
                                       COMPANY

DATED: June __30th__, 2005        CLAPP, MORONEY, BELLAGAMBA AND
                                  VUCINICH.

                                  By: _____
                                       GREGORY C. SIMONIAN, ESQ.
                                       Attorneys for Defendant
                                       GRANITE ROCK COMPANY

## ORDER

The Court having reviewed the Stipulation for Dismissal With Prejudice and having been fully advised of the premises, and good cause appearing therefor,

**IT IS HEREBY ORDERED** that the Complaint in the above-entitled action be, and same hereby is, dismissed with prejudice.

DATED: _____, 2005

                                  _____
                                  JUDGE OF THE UNITED STATES DISTRICT COURT

2                                                 Stipulation and Order for Dismissal